

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00413-CR

| | | |
|---|---|---|
| WILLIAM ROGER MCGLOTHLIN, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1269183D) |
| | § | May 13, 2021 |
| V. | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment is modified to delete $175 from the reparations so that Appellant William Roger McGlothlin is obligated to pay only $275 in reparations. It is ordered that the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr